# Exhibit 2

**Infringement of Claim 1 of U.S. Patent Number 8,760,286 by Sierra Wireless America, Inc.**

| CLAIM 1 | Infringing Product |
|---|---|
| 1. A tracking device comprising: | **GPS Asset Tracker**<br><br>**Easily Track And Monitor Your High Value Assets**<br><br>The Uplink GPS AT asset tracker is a battery operated, cellular device which can be deployed in remote areas where power is not available. Coupled with the Uplink GPS tracking application, Uplink GPS AT helps maintain asset location awareness and allows tracking of high value assets in the field. Uplink GPS AT installs in minutes and includes live technical and activation support*.<br><br>Integrates with Uplink GPS application for seamless tracking and monitoring from any computer, tablet, or smartphone.<br><br>https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf<br><br>The Uplink GPS Asset Tracker ("Infringing Product") is a tracking device. |

| | |
|---|---|
| a location detector operative to determine locations of said tracking device; | **Features:**<br><br>GPS allows high accuracy asset location<br><br>GSM cellular module for fast, wireless connectivity<br><br>Accelerometer provides motion detection<br><br>Ruggedized and weather proof for most outdoor conditions<br><br>Supports long life applications in the field<br><br>https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf<br><br>The Infringing Product uses GPS to determine the location of the device. |

| | |
|---|---|
| a communication device operative to communicate with a plurality of remote systems including a tracking service system associated with a tracking service provider and a device of a user associated with said tracking device; | **Features:**<br><br>GPS allows high accuracy asset location<br><br><u>GSM cellular module for fast, wireless connectivity</u><br><br>Accelerometer provides motion detection<br><br>Ruggedized and weather proof for most outdoor conditions<br><br>Supports long life applications in the field<br><br>https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf |

| | |
|---|---|
| | <br><br>https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf<br><br>The Infringing Product communicates with the remote systems through smartphone apps and software via a cellular network. |
| memory for storing data and code, said data including location data determined by said location detector and configuration data; | The Infringing Product includes on-board memory that at least temporarily stores location data. |

| | |
|---|---|
| a processor operative to execute said code to impart functionality to said tracking device, said functionality of said tracking device depending at least in part on said configuration data; and | The Infringing Product inherently includes a processor that executees code to impart functionality. |
| a configuration routine operative to modify said configuration data responsive to a communication from any one of said remote systems; | **Long battery life dependent on reporting frequency**<br><br>https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf<br><br>The Infringing Product is configurable to vary the tracking/reporting intervals based on specific times or time ranges. |

| | |
|---|---|
| wherein said configuration data modifiable responsive to said communication from any of said remote systems at least partially determines an interval for buffering said location data when said communication device is unable to communicate said location data to at least one of said remote systems; and wherein said interval for buffering at least partially controls how frequently newly acquired location data will be stored in said memory. | Long battery life dependent on <u>reporting frequency</u> |



https://www.uplink.com/wp-content/uploads/Uplink-GPS-AT.pdf

The Infringing Product is configurable to vary the tracking/reporting intervals based on reporting frequency. If the Infringing Product cannot communicate with the server because there is no cellular coverage at the present location, the Infringing Product will store the locations in the memory until communication with the server is possible again.